NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 3 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| U.S. BANK, N.A., As Trustee for the Holders of the CSFB Mortgage Securities Corp., Adjustable Rate Mortgage Trust 2005-8, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2005-8, | No.    17-15975 |
| | D.C. No. 2:15-cv-01463-RCJ-GWF |
| Plaintiff-counter-defendant-Appellee, | ORDER* |
| v. | |
| COUNTRYSIDE HOMEOWNERS ASSOCIATION, | |
| Defendant, | |
| and | |
| KK REAL ESTATE INVESTMENT FUND, LLC, | |
| Defendant-counter-claimant-Appellant. | |

| | |
|---|---|
| U.S. BANK, N.A., As Trustee for the Holders of the CSFB Mortgage Securities Corp., Adjustable Rate Mortgage Trust 2005-8, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2005-8, | No.    17-16097 |
| | D.C. No. 2:15-cv-01463-RCJ-GWF |

*          This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Plaintiff-counter-
defendant-Appellee,

v.

COUNTRYSIDE HOMEOWNERS
ASSOCIATION,

Defendant-Appellant,

and

KK REAL ESTATE INVESTMENT
FUND, LLC,

Defendant-counter-claimant.

Appeal from the United States District Court
for the District of Nevada
Robert Clive Jones, District Judge, Presiding

Submitted March 11, 2019[**]
San Francisco, California

Before: W. FLETCHER, WATFORD, and HURWITZ, Circuit Judges.

We vacate the order of the district court and remand for further proceedings consistent with the opinion in *Bank of America, N.A. v. Arlington West Twilight Homeowners Association*, No. 17-15796, filed today.

**VACATED and REMANDED. Each party to bear its own costs.**

---

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).